IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAMELA J. LEPO                              No. C 06-01861 CW

      Plaintiff,                       ORDER TEMPORARILY
                                            STAYING ACTION
  v.

ASTRAZENECA PHARMACEUTICALS, L.P.,

      Defendant.
                                        /

    IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation regarding the transfer of this case for consolidated pretrial proceedings.  All hearing and motion dates are VACATED pending further order of this Court.

    **Plaintiff shall serve on all other parties a copy of this Order.**

Dated: 6/16/06

                                        CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE